# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| MARIO VENEGAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **C07-1259 JPD** |
| SOUTHWEST AIRLINES COMPANY, ) | |
| ) | |
| Defendant, ) | **ORDER SCHEDULING** |
| ) | **HEARING ON MOTION TO** |
| PHILIPS ELECTRONICS NORTH ) | **QUASH SUBPOENA** |
| AMERICA, CORPORATION, ) | |
| ) | |
| Third Party ) | |
| Movant. | |

Upon review of the Motion to Quash Third Subpoena (dkt #1), the response (dkt #3), reply (dkt #6), and the entire record, the Court hereby schedules Oral Argument on the Motion to Quash for *Tuesday, September 18, 2007, at 10:30am*. The hearing will be held in Courtroom 12B, U.S. Courthouse, Seattle, Washington.

An additional response/opposition to the motion to quash may be filed by September 6, 2007; any reply to the additional response/opposition may be filed by September 13, 2007.

**ORDER SCHEDULING HEARING**

1
2          Dated this 21st day of August, 2007.
3
4
5
6          _____
           James P. Donohue
7          U.S. Magistrate Judge
8
...
26 **ORDER SCHEDULING HEARING**